RECEIVED
IN LAKE CHARLES, LA

NOV 28 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WASTE MANAGEMENT OF LOUISIANA, L.L.C.** | : | **DOCKET NO. 06-1152** |
| VS. | : | **JUDGE TRIMBLE** |
| **PENN-AMERICA INSURANCE COMPANY, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT OF REMAND

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

IT IS ORDERED that plaintiff's motion to remand [doc. # 13] be, and it is hereby GRANTED. The cause is remanded to the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

IT IS FURTHER ORDERED that Fed.R.Civ.P. 54(d)(1) costs are assessed against the removing defendants. 28 U.S.C. § 1447(c). Movant's request for costs and fees is otherwise DENIED.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this Judgment, and forward the same to the Clerk of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 28th day of November, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE